UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JODY JOHNSON, et al. | : | |
| | : | |
| Plaintiffs | : | Case No. 3:23-cv-00730-JRK |
| | : | |
| v. | : | JUDGE JAMES R. KNEPP II |
| | : | |
| MARGARITAVILLE RESTAURANT | : | |
| | : | |
| Defendant. | : | |

Defendant, 212 Fremont Sandusky Wine & Spirit, LLC, misnamed in the Complaint as Margaritaville Restaurant ("Defendant" or "Margaritaville"), pursuant to Federal Rule of Civil Procedure 7.1(a)(2), states that it is an Ohio limited liability company with its principal place of business in Ohio.

Further, pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Defendant:

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    _____Yes           __X__ No

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it at the names party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

      _____Yes               __X__ No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest: N/A

                Respectfully submitted,

                /s/ David A. Campbell
                David A. Campbell (0066494)
                Arthur O Kostendt (0100577)
                Lewis Brisbois Bisgaard & Smith LLP
                1375 East Ninth Street, Suite 2250
                Cleveland, Ohio 44114
                Telephone:  216.344.9422
                Facsimile:  216.344.9421
                David.a.campbell@lewisbrisbois.com
                Arthur.kostendt@lewisbrisbois.com

                Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2023, the foregoing was filed through the Court's CM/ECF electronic filing system. A copy of this filing will be sent to all parties through the court's ECF system. If a party is not registered with the court's ECF system, a true and correct copy will be sent via email and U.S. Mail, postage prepaid, upon the following:

Rachel Sabo Friedmann
Peter G. Friedmann
Casey D. Mayell
The Friedmann Firm LLC
3740 Ridge Mill Dr.
Hilliard, OH 43026
Telephone: 614-610-9755
*Counsel for Plaintiffs*

/s/ David A. Campbell
David A. Campbell (0066494)
*Attorney for Defendant*