Approved.

IT IS SO ORDERED.

*s/ James R. Knepp II*
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| JODY JOHNSON, et al. | : | |
| Plaintiffs | : | Case No. 3:23-cv-00730-JRK |
| v. | : | JUDGE JAMES R. KNEPP II |
| 212 FREMONT SANDUSKY WINE & SPIRIT, LLC | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant 212 Fremont Sandusky Wine & Spirit, LLC ("Defendant") and Plaintiffs Shelby Skelton ("Skelton") and Emily McKenzie ("McKenzie") (collectively, "Plaintiffs") stipulate to the dismissal of Plaintiffs' claims against Defendant with prejudice. The Court shall retain jurisdiction over the Settlement Agreement.

**Date:** August 7, 2025

By: */s/ Rachel Sabo Friedmann (w/permission)*
Rachel Sabo Friedmann (0089226)
Peter G. Friedmann (0089293)
Casey D. Mayell (0102178)
THE FRIEDMANN FIRM LLC
3740 Ridge Mill Dr.
Hilliard, Ohio 43026
PHONE: (614) 610-9755
Email: Rachel@TheFriedmannFirm.com
Pete@TheFriedmannFirm.com
Casey@TheFriedmannFirm.com

*Counsel for Plaintiff*

By: */s/ David A. Campbell*
David A. Campbell (0066494)
Gordon Rees Scully Mansukhani, LLP
Key Tower, 127 Public Square
Suite 5130
Cleveland, Ohio 44114
Phone: (216) 302-2531
Fax: (216) 539-0026
dcampbell@grsm.com

*Counsel for Defendant*

1